[No. 12230-8-II. Division Two. January 30, 1990.]

LESLIE E. EATHORNE, *Respondent,* v. JACQUELYN J. EATHORNE, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 78-3-00113-6, Terence Hanley, J., entered August 23, 1988. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Reed, J.

[No. 12348-7-II. Division Two. January 30, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. CASEY TODD SUTTON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 194156R030, Rosanne Buckner, J., entered October 12, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 9930-0-III. Division Three. January 30, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ELENAR G. GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 88-1-00327-8, Yancey Reser, J., entered March 6, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.